quality of proof necessary to support an award of punitive damages *(see generally, Home Ins. Co. v American Home Prods. Corp.,* 75 NY2d 196). In the second phase of the trial, the issue was the amount of punitive damages to be awarded, and the jury was properly charged on that issue. The trial court properly denied defendants' request to resubmit to the jury whether punitive damages should be awarded; a verdict had already been reached on that issue. There is no merit to defendants' contention that the awards of punitive damages were excessive.

The jury's verdict against Bond and Bruce, finding that they had fraudulently induced plaintiff to sign a purchase agreement for the car, was supported by sufficient evidence and was not against the weight of the evidence. We have examined defendants' other contentions and find them to be without merit. (Appeal from Judgment of Supreme Court, Monroe County, Rosenbloom, J.—Fraud.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.

■ L. LOUISE ROZWELL, Respondent, v PHILANZ OLDSMOBILE, INC., et al., Defendants, and ROBERT BOND, Individually and as Sales Manager for PHILANZ OLDSMOBILE, INC., Appellant. (Appeal No. 2.)—Judgment unanimously affirmed with costs. Same Memorandum as in *Rozwell v Philanz Oldsmobile* ([appeal No. 1] 187 AD2d 938 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Rosenbloom, J. —Fraud.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.

■ L. LOUISE ROZWELL, Respondent, v PHILANZ OLDSMOBILE, INC., Appellant. (Appeal No. 3.)—Judgment unanimously affirmed with costs. Same Memorandum as in ROZWELL V PHILANZ OLDSMOBILE ([appeal No. 1] 187 AD2d 938 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Rosenbloom, J.—Fraud.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.

■ L. LOUISE ROZWELL, Respondent, v PHILANZ OLDSMOBILE, INC., et al., Defendants, and PHILIP J. LANZATELLA, Individually and as President of Philanz Oldsmobile, Inc., Appellant. (Appeal No. 4.)—Appeal unanimously dismissed without costs. Memorandum: This appeal by defendant Lanzatella must be dismissed because no appeal lies from an oral ruling made during the course of trial *(see, Matter of Kurtz,* 144 AD2d 468; *see also, Blaine v Meyer,* 126 AD2d 508; 10 Carmody-Wait 2d, NY Prac § 70:30). (Appeal from Oral Ruling of Supreme Court,